PASSAIC CONSOLIDATED WATER COMPANY, RESPONDENT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS, APPELLANT.

Argued February 16, 1928—Decided April 13, 1928.

For the respondent, *Osborne, Cornish & Scheck.*

For the appellant, *John O. Bigelow.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, MINTURN, LLOYD, HETFIELD, JJ. 6.

*For reversal*—BLACK, CAMPBELL, VAN BUSKIRK, KAYS, DEAR, JJ. 5.